|  |  |
|---|---|
| UNITED STATES JUDICIAL PANEL<br>on<br>MULTIDISTRICT LITIGATION | UNITED STATES<br>JUDICIAL PANEL ON<br>MULTIDISTRICT LITIGATION<br><br>Aug 17, 2009<br><br>FILED<br>CLERK'S OFFICE |

**IN RE: AFTERMARKET AUTOMOTIVE LIGHTING**
**PRODUCTS ANTITRUST LITIGATION**
    Harold's Autobody v. Genera Corp., et al.,    )
        N.D. California, C.A. No. 3:09-3413    )    MDL No. 2007

## CONDITIONAL TRANSFER ORDER (CTO-1)

On February 10, 2009, the Panel transferred one civil actions to the United States District Court for the Central District of California for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407.  *See* 598 F.Supp.2d 1366 (J.P.M.L. 2009). With the consent of that court, all such actions have been assigned to the Honorable George H. Wu.

It appears that the action on this conditional transfer order involves questions of fact that are common to the actions previously transferred to the Central District of California and assigned to Judge Wu.

Pursuant to Rule 7.4 of the <u>Rules of Procedure of the Judicial Panel on Multidistrict Litigation</u>, 199 F.R.D. 425, 435-36 (2001), this action is transferred under 28 U.S.C. § 1407 to the Central District of California for the reasons stated in the order of February 10, 2009, and, with the consent of that court, assigned to the Honorable George H. Wu.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Central District of California.  The transmittal of this order to said Clerk shall be stayed 15 days from the entry thereof.  If any party files a notice of opposition with the Clerk of the Panel within this 15-day period, the stay will be continued until further order of the Panel.

                              FOR THE PANEL:

                              Jeffery N. Lüthi
                              Clerk of the Panel